1  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street
3  34th Floor
   San Francisco, CA 94104
4  Telephone: 415.433.1940
   Facsimile: 415.399.8490

5

6  SHIVA SHIRAZI DAVOUDIAN, Bar No. 232771
   sdavoudian@littler.com
7  LITTLER MENDELSON, P.C.
   2049 Century Park East
   5th Floor
8  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
9  Fax No.: 310.553.5583

10 Attorneys for Defendant
   ZIPRECRUITER, INC.

11

12             UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14 | DENNIS BULCAO, JR., individually | Case No. 2:15-cv-07340-JFW-JCx
15 | and as a representative of the class, | *[Assigned to the Honorable John F. Walter, Courtroom 14]*
16 | Plaintiff, | **NOTICE OF SETTLEMENT**
17 | v. | [LOCAL RULE 40-2]
18 | ZIPRECRUITER, INC., |
19 | Defendant. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the parties have resolved the above-captioned matter and anticipate filing a Stipulation for Dismissal of the Entire Action with Prejudice ("Stipulation for Dismissal") within the next fourteen (14) days. The parties request that the Court stay all proceedings in this action, including Defendant Ziprecruiter, Inc.'s Motion to Dismiss, currently set for hearing on July 18, 2016, at 1:30 p.m., pending the parties' preparation and filing of the Stipulation for Dismissal.

Dated:   July 11, 2016

*/s Shiva Shirazi Davoudian*
Rod M. Fliegel
Shiva Shirazi Davoudian
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ZIPRECRUITER, INC.

Firmwide:141441167.1 083298.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.